LEOPOLD COHEN, Respondent, v. SAMUEL COHEN, Appellant, Impleaded with

Another, Defendant.— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.